UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL KITCHEN

   Plaintiffs,

v.

   CIVIL ACTION NO. 17-11627-GCS-APP
   HONORABLE GEORGE CARAM STEEH
   MAGISTRATE JUDGE ANTHONY P. PATTI

O'BELL T. WINN et. al

   Defendants.

_____/

## ORDER SETTING DEADLINES

The Court hereby issues the following deadlines,

| EVENT | DEADLINE |
|---|---|
| Discovery Deadline | November 6, 2018 |
| Dispositive Motion Cutoff | December 6, 2018 |

**SO ORDERED.**

Dated: September 11, 2018   s/Anthony P. Patti
             ANTHONY P. PATTI
             UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, September 11, 2018, by electronic and/or ordinary mail.

 s/Michael Williams  
Case Manager, (313) 234-5200